# INFORMATION FOR THE SECTION 341 MEETING OF CREDITORS

This Section 341 Meeting of Creditors ("Meeting") will be conducted telephonically. The telephone call in number and participant code for the Section 341 Meeting of Creditors ("Meeting") and instructions are set forth below.

**Dial-In Information**:

(1) You must use a touch-tone phone to participate.

(2) Landline preferred. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.

(3) Dial the call-in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign. Immediately place your phone on mute.

(4) Make the call from a quiet area where there is as little background noise as possible.

(5) As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute you phone and identify yourself.

(6) When speaking during your case, identify yourself.

(7) Do not put the phone on hold at any time after the call is connected.

(8) If any party is attending the Meeting from the same location as another party, use separate touch-tone phones to participate.

(9) Once the case Meeting is finished, hang up.

(10) If you become disconnected before your Meeting is finished, call back.

| All Chapter 11 Cases Including Cases Electing Subchapter V of Chapter 11 | | | |
|---|---|---|---|
| Presiding Trustee | Participant Code<br>4489529 | Conference Line – Local (toll)<br>517-833-3942 | Conference Line (toll free)<br>877-647-7210 |

| All Chapter 7 Cases | | | |
|---|---|---|---|
| Presiding Chapter 7 Trustee | Participant Code | Conference Line – Local (toll) | Conference Line (toll free) |
| Diane Carter | 2235728 | 210-453-4089 | 866-794-8448 |
| Michelle Chow | 1174871 | 517-224-3223 | 866-541-9301 |
| Chris Moser | 8700433 | 203-607-6584 | 877-934-5488 |
| Linda Payne | 6221451 | 517-268-7095 | 877-900-6448 |
| Mark Weisbart | 6422968 | 203-280-5914 | 877-491-1721 |
| Steve Zayler | 7135484 | 517-600-9814 | 866-621-9429 |

**Bankruptcy Documents:**

Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

(Revised 05/22)

United States Bankruptcy Court

Eastern District of Texas

| | |
|---|---|
| In re: | Case No. 22-41136-btr |
| WALL016, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 02, 2022 | Form ID: pdf400 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WALL016, LLC, 3926 Vista Woods Drive, Carrollton, TX 75007-2428 |
| 8178678 | | Chu Yinghan c/o Qin Chu, No.13 Plant Building,No 8 Hangdu Rd,, DamaiwanIndustrial District,Hangtou Town, Pudong New Area,Shanghai,China |
| 8178679 | | Di Tang, F05-05C,Fenglin Lvzhou,Datun Rd.,, Chaoyang District,Beijing,China |
| 8178680 | | Guan Peiling, #6101 Building 1, No.36, Zengguang Road,, Beijing,China |
| 8178681 | | Guo Ying c/o Jun Zeng, Room 232, No.21 Er Wei Rd.,, Shen He District, Shenyang City,, Liao Ning Province, China |
| 8178683 | + | HR Sterling, 2736 Trophy Club Drive., Trophy Club, TX 76262-3468 |
| 8178682 | | Haiming Xu, 6-4-901, Jiangshuyuan, Chunjiang Huayue,, Hangzhou, Zhejiang, China |
| 8178684 | | Jun Wang, Rm 1602, No.38, Shanglongxili Community,, Anding Menwai Street,, Dongcheng District,Beijing,China |
| 8178685 | + | Larry Martin, 3069 Waterside Circle, Boynton Beach, FL 33435-6401 |
| 8178686 | | Li Baihe c/o Jun Zeng, Room 232, No.21 Er Wei Rd.,, Shen He District, Shenyang City,, Liao Ning Province, China |
| 8178687 | | Li Jiang, 1-5-401,North dormitory, Haidian Health Bureau, Qinghe 3rd Street, Haidian District, Beijing,China |
| 8178688 | | Qin Chu, No.13 Plant Building,No 8 Hangdu Rd.,, DamaiwanIndustrial District,Hangtou Town, Pudong New Area,Shanghai,China |
| 8178689 | | Qin Chu c/o Qin Chu, No.13 Plant Building,No 8 Hangdu Rd.,, DamaiwanIndustrial District,Hangtou Town, Pudong New Area,Shanghai,China |
| 8178690 | | Qin Zhao c/o Jialin Hu, o.7 Longteng Rd., Maoshan Industrial, Zone, Jiangshan County,, Yinzhou District, Ningbo,Zhejiang, China |
| 8178691 | | Qiuhua Wu c/o Jinqiu Tang, 4-1804,Ronghui Jiangshan,No 289, West Yangqiao Rd,, Fuzhou,Fujian,China |
| 8178692 | | Sicheng Zhan, 3001 Biyadi Road,, Pingshan District, Shenzhen,, Guangdong, China |
| 8178694 | + | Vance McMurry, 508 W. Lookout Drive, Suite 17-74, Richardson, TX 75080-2176 |
| 8178695 | | Wang Huiming c/o Jun Zeng, Room 232, No.21 Er Wei Rd.,, Shen He District, Shenyang City,, Liao Ning Province, China |
| 8178696 | | Wang Jun, No.13 Plant Building,No 8 Hangdu Rd.,, DamaiwanIndustrial District,Hangtou Town, Pudong New Area,Shanghai,China |
| 8178697 | | Weijia Kong Huaishu c/o: Li Jiang, 1-5-401 North dormitory,, Haidian Health Bureau, Qinghe 3rd Street, Haidian District, Beijing,China |
| 8178698 | | Weipeng He Rosemead, Shanshui Wenyuan, Hongyan Road, Chaoyang District, Beijing, China |
| 8178699 | | Yulan Chen, Room 12-303, No.1065,, Gu Long Road, Shanghai,China |
| 8178700 | | Yun Sun, Rm302,No 10 Caixiang Rd, Gusu District,Suzhou,Jiangsu, China |
| 8178701 | | Zang Yu Lan c/o Kui Wang, Rm 1103, No.18, Baiwanzhuang Rd.,, Xicheng District,Beijing,China |
| 8178702 | | Zhang Yue, Room 1-304, Building No.9, Tianzhaojiayuan, No.41 Xizhimen N street, HaidianDistrict,China |
| 8178703 | | Zhou Ning D c/o Kui Wang, Rm 1103, No.18, Baiwanzhuang Rd.,, Xicheng District,Beijing,China |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 8178693 | Email/Text: smetzger@pmklaw.com | Sep 02 2022 23:15:00 | Steve Metzger, 3626 N. Hall Street, Suite 800, Dallas, TX 75219-5133 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric A Liepins | on behalf of Debtor WALL016 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 2