# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:
WALL016, LLC
3926 Vista Woods Drive
Carrollton , TX 75007
EIN: 82-4795353
Debtor

Case No. 22-41136 btr
Chapter: 11

## NOTICE OF MISSING DOCUMENTS AND NOTICE THAT CASE MAY BE DISMISSED IF DOCUMENTS ARE NOT FILED

Upon review of the Court's docket in the above-referenced case, the Clerk notes that the following required documents have yet to be filed with the Court. **Items listed below are due by September 15, 2022.**

Schedules
**B 202 -** Declaration Under Penalty of Perjury for Non-individual Debtors
**B 206 Summary -** A Summary of Your Assets and Liabilities (non-individuals)
**B 206A/B -** Schedule A/B: Property (non-individuals)
**B 206D -** Schedule D:Creditors Who Have Claims Secured By Property (non-individuals)
**B 206E/F -** Schedule E/F:Creditors Who Have Unsecured Claims (non-individuals)
**B 206G -** Schedule G:Executory Contracts and Unexpired Leases (non-individuals)
**B 206H -** Schedule H:Your Codebtors (non-individuals)

Statements
**B 207 -** Statement of Your Financial Affairs (non-individuals)

Chapter 11
**B 204 -** The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders (non-individuals)

**NOTICE: Failure to timely file the required statements and schedules and to comply with the Fed. R. Bankr. P. 1007(c) and 11 U.S.C. § 521 to cure any or all of the deficiencies noted above shall subject this petition to dismissal without further notice. All forms can be found at http://www.uscourts.gov/forms/bankruptcy-forms.**

**DATED: September 2, 2022**

**JASON K. MCDONALD**
**CLERK OF THE COURT**

United States Bankruptcy Court

Eastern District of Texas

In re: Case No. 22-41136-btr

WALL016, LLC Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: admin Page 1 of 2

Date Rcvd: Sep 02, 2022 Form ID: pdf400 Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WALL016, LLC, 3926 Vista Woods Drive, Carrollton, TX 75007-2428 |
| 8178678 | | Chu Yinghan c/o Qin Chu, No.13 Plant Building,No 8 Hangdu Rd,, DamaiwanIndustrial District,Hangtou Town, Pudong New Area,Shanghai,China |
| 8178679 | | Di Tang, F05-05C,Fenglin Lvzhou,Datun Rd.,, Chaoyang District,Beijing,China |
| 8178680 | | Guan Peiling, #6101 Building 1, No.36, Zengguang Road,, Beijing,China |
| 8178681 | | Guo Ying c/o Jun Zeng, Room 232, No.21 Er Wei Rd.,, Shen He District, Shenyang City,, Liao Ning Province, China |
| 8178683 | + | HR Sterling, 2736 Trophy Club Drive., Trophy Club, TX 76262-3468 |
| 8178682 | | Haiming Xu, 6-4-901, Jiangshuyuan, Chunjiang Huayue,, Hangzhou, Zhejiang, China |
| 8178684 | | Jun Wang, Rm 1602, No.38, Shanglongxili Community,, Anding Menwai Street,, Dongcheng District,Beijing,China |
| 8178685 | + | Larry Martin, 3069 Waterside Circle, Boynton Beach, FL 33435-6401 |
| 8178686 | | Li Baihe c/o Jun Zeng, Room 232, No.21 Er Wei Rd.,, Shen He District, Shenyang City,, Liao Ning Province, China |
| 8178687 | | Li Jiang, 1-5-401,North dormitory, Haidian Health Bureau, Qinghe 3rd Street, Haidian District, Beijing,China |
| 8178688 | | Qin Chu, No.13 Plant Building,No 8 Hangdu Rd.,, DamaiwanIndustrial District,Hangtou Town, Pudong New Area,Shanghai,China |
| 8178689 | | Qin Chu c/o Qin Chu, No.13 Plant Building,No 8 Hangdu Rd.,, DamaiwanIndustrial District,Hangtou Town, Pudong New Area,Shanghai,China |
| 8178690 | | Qin Zhao c/o Jialin Hu, o.7 Longteng Rd., Maoshan Industrial, Zone, Jiangshan County,, Yinzhou District, Ningbo,Zhejiang, China |
| 8178691 | | Qiuhua Wu c/o Jinqiu Tang, 4-1804,Ronghui Jiangshan,No 289, West Yangqiao Rd,, Fuzhou,Fujian,China |
| 8178692 | | Sicheng Zhan, 3001 Biyadi Road,, Pingshan District, Shenzhen,, Guangdong, China |
| 8178694 | + | Vance McMurry, 508 W. Lookout Drive, Suite 17-74, Richardson, TX 75080-2176 |
| 8178695 | | Wang Huiming c/o Jun Zeng, Room 232, No.21 Er Wei Rd.,, Shen He District, Shenyang City,, Liao Ning Province, China |
| 8178696 | | Wang Jun, No.13 Plant Building,No 8 Hangdu Rd.,, DamaiwanIndustrial District,Hangtou Town, Pudong New Area,Shanghai,China |
| 8178697 | | Weijia Kong Huaishu c/o: Li Jiang, 1-5-401 North dormitory,, Haidian Health Bureau, Qinghe 3rd Street, Haidian District, Beijing,China |
| 8178698 | | Weipeng He Rosemead, Shanshui Wenyuan, Hongyan Road, Chaoyang District, Beijing, China |
| 8178699 | | Yulan Chen, Room 12-303, No.1065,, Gu Long Road, Shanghai,China |
| 8178700 | | Yun Sun, Rm302,No 10 Caixiang Rd, Gusu District,Suzhou,Jiangsu, China |
| 8178701 | | Zang Yu Lan c/o Kui Wang, Rm 1103, No.18, Baiwanzhuang Rd.,, Xicheng District,Beijing,China |
| 8178702 | | Zhang Yue, Room 1-304, Building No.9, Tianzhaojiayuan, No.41 Xizhimen N street, HaidianDistrict,China |
| 8178703 | | Zhou Ning D c/o Kui Wang, Rm 1103, No.18, Baiwanzhuang Rd.,, Xicheng District,Beijing,China |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 8178693 | Email/Text: smetzger@pmklaw.com | Sep 02 2022 23:15:00 | Steve Metzger, 3626 N. Hall Street, Suite 800, Dallas, TX 75219-5133 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric A Liepins | on behalf of Debtor WALL016 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 2