ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| WALL016, LLC | § | Case No. 22-41136 |
| DEBTOR | § | |

DECLARATION OF TIM BARTON CONCERNING 11 U.S.C. 1116(B)(1) STATEMENT

My name is Tim Barton. I submit this Declaration in support of the Debtor's Statement Pursuant to 11 U.S.C. 1116(b)(1). I am over the age of 21 years and of sound mind. I have personal knowledge of all facts set forth herein, and they are true and correct.

I am the President of Managing Member of the Debtor. ("Debtor").

The Debtor currently does not maintain or prepare any Balance Sheets, Statement of Operations or Cash Flow Statements.

Tim Barton

SWORN AND SUBSCRIBED to before me the undersigned authority on this the 16 day of September 2022.

RANDY P. MARX
Notary Public, State of Texas
Comm. Expires 05-03-2023
Notary ID 132001233

Notary Public