**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **In Re: WALL016, LLC,** | § | **CASE NO. 22-41136** |
| | § | |
| **Debtor,** | § | **CHAPTER 11** |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Sun Yun, Qu Yi, Ma Jinghui and Gao Huaizhen. Request is made that all notices entered pursuant to Fed. R. Bankr. P. 2002 and all documents of any pleadings of any nature be served on the undersigned as follows:

William A. Pigg
10455 N. Central Expressway, Suite 109
Dallas, Texas 75231
Tel. (214) 551-9391
Fax. (214) 602-8832
wapigg@pigglawfirm.com

WILLIAM A. PIGG PLLC

Dated: September 23, 2022

/s/ William A. Pigg
SBN 24057009
wapigg@pigglawfirm.com
10455 N. Central Expressway, Suite 109
Dallas, Texas 75231
Tel. (214) 551-9391
Fax. (214) 602-8832
Attorney for Sun Yun, Qu Yi,
Ma Jinghui, and Gao Huaizhen

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on all counsel of record through the Court's electronic filing system this 23rd day of September, 2022.

*/s/ William A. Pigg*