EOD
09/26/2022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| WALL016, LLC | § | Case no.22-41136 -11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

ORDER ON
APPLICATION FOR AUTHORITY
TO EMPLOY COUNSEL FOR DEBTOR

Came on this day the Application for Authority to Employ Counsel for Debtor. The Court having reviewed the pleadings and heard argument of counsel is of the opinion for the reasons set forth in open Court, that said Application should be granted. It is accordingly,

ORDERED, ADJUDGED, and DECREED that Eric A. Liepins and the law firm of Eric A. Liepins, P.C., are hereby approved as counsel of record for the Debtor effective as of September 1, 2022.

Signed on 9/26/2022

Brenda T. Rhoades MD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Eastern District of Texas

In re: Case No. 22-41136-btr

WALL016, LLC Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: admin Page 1 of 2

Date Rcvd: Sep 26, 2022 Form ID: pdf400 Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WALL016, LLC, 3926 Vista Woods Drive, Carrollton, TX 75007-2428 |
| cr | | Chu Yinghan, c/o Qin Chu, No. 13 Plant Buidling No. 8, Hangdu Rd. Damaiw Industrial District, Hangtou Town Pudong New Area, Shanghai, China |
| cr | | Di Tang, F05-05C, Fenglin Lvzhou, Daturn Rd., Chaoyang District, Beijing, China |
| cr | + | Gao Huaizhen, c/o William A Pigg, PLLC, 10455 N Central Expressway, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Guan Peiling, #6101 Building 1, No. 36, Zengguang Road, Beijing, China |
| cr | | Guo Ying, c/o Jun Zeng, Room 232, No. 21 Er Wei Rd., Shen He District, Shenyang City, Liao Ning Province, China |
| cr | | Haiming Xu, 6-4-901 Jiangshuyuan, Chunigiang Huayue, Hangzhou, Zhejiang, China |
| cr | | Li Jiang, 1-5-401, North Dormitory, Haidan Health Bureau, Qinghe 3rd Street, Haidan District, Beijing, China |
| cr | + | Ma Jinghui, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Qin Chu, No. 13 Plant Builiding, 8 Hangdu Rd.,, Damaiwan Industrial District, Hangtou Town Pudong New Area, Shanghai, China |
| cr | | Qin Zhao, c/o Jialin Hu, o.7 Longteng Rd, Maoshan Industrial Zone, Jiangshan County, Yinzhou District, Ningbo, Zhejiang, China |
| cr | | Qiuhua Wu, c/o Jinqiu Tang, 4-1804, Ronghui Jiangshan, No. 289 West Yangqiao Rd., Fuzhou, Fujian China |
| cr | + | Qu Yi, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Sicheng Zhan, 3001 Biyadi Road, Pingshan District, Shenzhen, Guandong, China |
| cr | + | Sun Yun, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Weijia Kong, Room 615, Building No.28, West Area Xicheng District, Beijing, China |
| cr | | Weipeng He Rosemead, Shanshui Wenyuan, Hongyan Road, Chaoyang District, Beijing, China |
| cr | | Yulan Chen, Room 12-303, No. 1065, Gu Long Road, Shanghai, China |
| cr | | Yun Sun, Rm 302, No. 10 Caixiang Rd., Gusu District, Suzhou, Jiangsu, China |
| cr | | Zang Yu Lan, Rm. 1103 No. 18 Bainwanzhuang Rd., Xicheng District, Beijing, China |
| cr | | Zhang Yue, Room 1-304, Building No. 9, Tianzhaojiayuan,, No. 41 Zizhiment N. Street, Haidian District, China |
| cr | | Zhou Ning, c/o Kui Wang, Rm. 103, No. 18, Bainwanzhuang Rd., Xicheng District, Beijing, China |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2022 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric A Liepins | on behalf of Debtor WALL016 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |
| William A Pigg | on behalf of Creditor Ma Jinghui wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Qu Yi wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Sun Yun wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Gao Huaizhen wapigg@pigglawfirm.com |

TOTAL: 6