IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Chapter 11 |
| WALL007, LLC | § | |
| WALL009, LLC | § | Case No. 22-41049 |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | (Jointly Administered) |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| SEAGOVILLE FARMS, LLC | § | |
| | § | |
| Debtors. | § | |

**AGREED ORDER GRANTING**
**THE UNITED STATES TRUSTEE'S MOTION TO DISMISS**

Came on for consideration the United States Trustee's Motion to Dismiss, or for the Appointment of a Chapter 11 Trustee, or Other Relief ("U.S. Trustee's Motion") filed in the above-numbered and captioned administratively consolidated bankruptcy cases ("Cases"). The parties signing below agree to resolve the U.S. Trustee's Motion by this Agreed Order. The Court finds that the Motion was properly noticed and after consideration of the agreement of the parties evidenced by the signatures below, applicable papers, argument, and law, concludes that the Motion should be granted. Accordingly, it is hereby:

ORDERED that Cases are hereby dismissed with prejudice to re-filing under any chapter of title 11 of the United States Code for a period of 180 days of this Order; it is further

ORDERED that the debtors in the respective Cases will pay all outstanding fees owed to the U.S. Trustee not later than seven days after entry of this Order.

SO ORDERED AND ADJUDGED.

Signed on 10/01/2025

Brenda T. Rhoades SD

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED IN FORM AND SUBSTANCE:

United States Trustee Lisa Lambert

By:*/s/ Elizabeth Ziegler Young*
Elizabeth Ziegler Young
United States Department of Justice
Office of the United States Trustee
1100 Commerce St. Room 976
Dallas, Texas 75242
(214) 767-8967 x 1247
elizabeth.a.young@usdoj.gov

WALL007, LLC
WALL009, LLC
WALL010, LLC
WALL011, LLC
WALL012, LLC
WALL016, LLC
WALL017, LLC
WALL018, LLC
WALL019, LLC
SEAGOVILLE FARMS, LLC

Cortney Thomas, Receiver

By:*/s/ C. Alan Carrillo (w/permission)*
C. Alan Carrillo
Attorney for Cortney Thomas, Receiver
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
alan@brownfoxlaw.com

Dated September 26, 2025

______________________________
Judge Brenda T. Rhodes
United States Bankruptcy Judge

United States Bankruptcy Court

Eastern District of Texas

In re: Case No. 22-41136-btr
WALL016, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: admin Page 1 of 2
Date Rcvd: Oct 01, 2025 Form ID: pdf400 Total Noticed: 43

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | WALL016, LLC, 3926 Vista Woods Drive, Carrollton, TX 75007-2428 |
| cr | | Chu Yinghan, c/o Qin Chu, No. 13 Plant Buidling No. 8, Hangdu Rd. Damaiw Industrial District, Hangtou Town Pudong New Area, Shanghai, China |
| cr | | Di Tang, F05-05C, Fenglin Lvzhou, Daturn Rd., Chaoyang District, Beijing, China |
| cr | + | Gao Huaizhen, c/o William A Pigg, PLLC, 10455 N Central Expressway, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Haiming Xu, 6-4-901 Jiangshuyuan, Chunigiang Huayue, Hangzhou, Zhejiang, China |
| cr | | Li Jiang, 1-5-401, North Dormitory, Haidan Health Bureau, Qinghe 3rd Street, Haidan District, Beijing, China |
| cr | + | Ma Jinghui, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Qin Chu, No. 13 Plant Builiding, 8 Hangdu Rd.,, Damaiwan Industrial District, Hangtou Town Pudong New Area, Shanghai, China |
| cr | + | Qu Yi, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Sicheng Zhan, 3001 Biyadi Road, Pingshan District, Shenzhen, Guandong, China |
| cr | + | Sun Yun, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Weijia Kong, Room 615, Building No.28, West Area Xicheng District, Beijing, China |
| cr | | Yun Sun, Rm 302, No. 10 Caixiang Rd., Gusu District, Suzhou, Jiangsu, China |
| cr | | Zang Yu Lan, Rm. 1103 No. 18 Bainwanzhuang Rd., Xicheng District, Beijing, China |
| cr | | Zhang Yue, Room 1-304, Building No. 9, Tianzhaojiayuan,, No. 41 Zizhiment N. Street, Haidian District, China |
| cr | | Zhou Ning, c/o Kui Wang, Rm. 103, No. 18, Bainwanzhuang Rd., Xicheng District, Beijing, China |
| 8178678 | | Chu Yinghan c/o Qin Chu, No.13 Plant Building,No 8 Hangdu Rd,, DamaiwanIndustrial District,Hangtou Town, Pudong New Area,Shanghai,China |
| 8178679 | | Di Tang, F05-05C,Fenglin Lvzhou,Datun Rd.,, Chaoyang District,Beijing,China |
| 8178680 | | Guan Peiling, #6101 Building 1, No.36, Zengguang Road,, Beijing,China |
| 8178681 | | Guo Ying c/o Jun Zeng, Room 232, No.21 Er Wei Rd.,, Shen He District, Shenyang City,, Liao Ning Province, China |
| 8178683 | + | HR Sterling, 2736 Trophy Club Drive., Trophy Club, TX 76262-3468 |
| 8178682 | | Haiming Xu, 6-4-901, Jiangshuyuan, Chunjiang Huayue,, Hangzhou, Zhejiang, China |
| 8178684 | | Jun Wang, Rm 1602, No.38, Shanglongxili Community,, Anding Menwai Street,, Dongcheng District,Beijing,China |
| 8178685 | + | Larry Martin, 3069 Waterside Circle, Boynton Beach, FL 33435-6401 |
| 8178686 | | Li Baihe c/o Jun Zeng, Room 232, No.21 Er Wei Rd.,, Shen He District, Shenyang City,, Liao Ning Province, China |
| 8178687 | | Li Jiang, 1-5-401,North dormitory, Haidian Health Bureau, Qinghe 3rd Street, Haidian District, Beijing,China |
| 8178688 | | Qin Chu, No.13 Plant Building,No 8 Hangdu Rd.,, DamaiwanIndustrial District,Hangtou Town, Pudong New Area,Shanghai,China |
| 8178689 | | Qin Chu c/o Qin Chu, No.13 Plant Building,No 8 Hangdu Rd.,, DamaiwanIndustrial District,Hangtou Town, Pudong New Area,Shanghai,China |
| 8178690 | | Qin Zhao c/o Jialin Hu, o.7 Longteng Rd., Maoshan Industrial, Zone, Jiangshan County,, Yinzhou District, Ningbo,Zhejiang, China |
| 8178691 | | Qiuhua Wu c/o Jinqiu Tang, 4-1804,Ronghui Jiangshan,No 289, West Yangqiao Rd,, Fuzhou,Fujian,China |
| 8178692 | | Sicheng Zhan, 3001 Biyadi Road,, Pingshan District, Shenzhen,, Guangdong, China |
| 8185449 | + | Sun Yun, c/o William A. Pigg, PLLC, 10455 N. Central Expressway, Suite 109, Dallas, Texas 75231-2215 |
| 8178694 | + | Vance McMurry, 508 W. Lookout Drive, Suite 17-74, Richardson, TX 75080-2176 |
| 8178695 | | Wang Huiming c/o Jun Zeng, Room 232, No.21 Er Wei Rd.,, Shen He District, Shenyang City,, Liao Ning Province, China |
| 8178696 | | Wang Jun, No.13 Plant Building,No 8 Hangdu Rd.,, DamaiwanIndustrial District,Hangtou Town, Pudong New Area,Shanghai,China |
| 8178697 | | Weijia Kong Huaishu c/o: Li Jiang, 1-5-401 North dormitory,, Haidian Health Bureau, Qinghe 3rd Street, Haidian District, Beijing,China |
| 8178698 | | Weipeng He Rosemead, Shanshui Wenyuan, Hongyan Road, Chaoyang District, Beijing, China |
| 8178699 | | Yulan Chen, Room 12-303, No.1065,, Gu Long Road, Shanghai,China |
| 8178700 | | Yun Sun, Rm302,No 10 Caixiang Rd, Gusu District,Suzhou,Jiangsu, China |
| 8178701 | | Zang Yu Lan c/o Kui Wang, Rm 1103, No.18, Baiwanzhuang Rd.,, Xicheng District,Beijing,China |
| 8178702 | | Zhang Yue, Room 1-304, Building No.9, Tianzhaojiayuan, No.41 Xizhimen N street, HaidianDistrict,China |
| 8178703 | | Zhou Ning D c/o Kui Wang, Rm 1103, No.18, Baiwanzhuang Rd.,, Xicheng District,Beijing,China |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 8178693 | Email/Text: smetzger@pmklaw.com | Oct 02 2025 03:48:00 | Steve Metzger, 3626 N. Hall Street, Suite 800, Dallas, TX 75219-5133 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Guan Peiling, #6101 Building 1, No. 36, Zengguang Road, Beijing, China |
| cr | * | Guo Ying, c/o Jun Zeng, Room 232, No. 21 Er Wei Rd., Shen He District, Shenyang City, Liao Ning Province, China |
| cr | * | Qin Zhao, c/o Jialin Hu, o.7 Longteng Rd, Maoshan Industrial Zone, Jiangshan County, Yinzhou District, Ningbo, Zhejiang, China |
| cr | * | Qiuhua Wu, c/o Jinqiu Tang, 4-1804, Ronghui Jiangshan, No. 289 West Yangqiao Rd., Fuzhou, Fujian China |
| cr | * | Weipeng He Rosemead, Shanshui Wenyuan, Hongyan Road, Chaoyang District, Beijing, China |
| cr | * | Yulan Chen, Room 12-303, No. 1065, Gu Long Road, Shanghai, China |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric A Liepins | on behalf of Debtor WALL016 LLC liepinse@lanwt.org, griffinj@lanwt.org |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |
| William A Pigg | on behalf of Creditor Ma Jinghui wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Qu Yi wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Sun Yun wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Gao Huaizhen wapigg@pigglawfirm.com |

TOTAL: 6